**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW NIELSON, NICOLE NIELSON, AS INDIVIDUALS AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHEA HOMES, INC.; J.F. SHEA CO., INC.; SHEA MORTGAGE INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 09-01673 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 31, 2010</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge