**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. DODARO, as an individual and on behalf of all other similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>STANDARD PACIFIC CORP., et al.,<br><br>            Defendants. | Case Nos. EDCV 09-01666-VAP (DTBx); EDCV 09-01668-VAP (DTBx); EDCV 09-01669-VAP (DTBx); EDCV 09-01670-VAP (DTBx); EDCV 09-01671-VAP (DTBx); EDCV 09-01672-VAP (DTBx); ***EDCV 09-01673-VAP*** (DTBx); EDCV 09-01674-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaints are DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: March 26, 2012        _____
                              VIRGINIA A. PHILLIPS
                              United States District Judge